1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT J. KING,

              Plaintiff,

     v.

CLALLAM BAY CORRECTIONS CENTER, et al.,

              Defendants.

CASE NO.  C11-5269RBL/JRC

ORDER

      The action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4.

      William H. Walsh has filed a motion asking that he replace Assistant Attorney General Patricia Fetterly as counsel for defendant Gregory Miller (ECF No. 7).  Assistant Attorney General Patricia Fetterly continues to represent the remaining defendants.  The motion for withdrawal and substitution is GRANTED.

      DATED this 18th day of May, 2011.

/s/ J. Richard Creatura

J. Richard Creatura
United States Magistrate Judge

ORDER - 1