UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT J. KING,

        Plaintiff,

v.

CLALLAM BAY CORRECTIONS CENTER et al.

        Defendants.

CASE NO. 3:11-cv-05269-RBL-JRC

ORDER GRANTING IN FORMA PAUPERIS STATUS AND DIRECTING PLAINTIFF TO PROVIDE SERVICE DOCUMENTS

This matter was removed from state court by one defendant. The action is a state tort action with a federal claim in it. Defendant Gregory Miller has not been served. The court inquired if counsel representing Mr. Miller would accept service on behalf of their client and counsel has responded (ECF No. 16 and 17). Counsel representing Mr. Miller has indicated that he is authorized and willing to accept service on Mr. Miller's behalf (ECF No. 17).

Plaintiff's motion to proceed in forma is GRANTED. As the action was filed in state court and then removed to this court, there is no filing fee to collect. Plaintiff will provide a filled-out service form and a copy of the complaint to the clerk's office and the court will then

order service by mail on defendant Miller. The address for service on Mr. Miller will be Mr. Miller, C/O William Walsh, Attorney at Law, 1001 Fourth Avenue Suite 3900, Seattle Washington 98154-1051. Plaintiff has until August 12, 2011, to provide the documents needed. Failure to provide these documents will result in a Report and Recommendation to dismiss Mr. Miller for failure to comply with a court order and failure to prosecute an action.

The Clerk's Office is directed to remove the deadline associated with ECF No. 14 from the court calendar and to note the due date of August 12, 2011 on the calendar.

Dated this 22nd day of July, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING IN FORMA PAUPERIS
STATUS AND DIRECTING PLAINTIFF TO
PROVIDE SERVICE DOCUMENTS - 2