UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT J KING,<br><br>    Plaintiff,<br><br> v.<br><br>CLALLAM BAY CORRECTIONS CENTER et al.<br><br>    Defendants. | CASE NO. C11-5269-RBL-JRC<br><br>ORDER ADOPTING A REPORT AND RECOMMENDATION |

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation; and

(2) This action is dismissed with prejudice. Plaintiff did not respond to the motions for summary judgment and defendants' facts are

uncontested. Based on those facts, defendants were not deliberately indifferent to plaintiff's medical needs.

DATED this 21st day of November, 2011.

*Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE