AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# United States District Court

WESTERN DISTRICT OF WASHINGTON

ROBERT J. KING

v.

CLALLAM BAY CORRECTION CENTER, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C11-5269RBL/JRC

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation. and

The action is dismissed with prejudice. Plaintiff did not respond to the motions for summary judgment and defendants' facts are uncontested. Based on those facts defendants were not deliberately indifferent to plaintiff's medical needs.

|  |  |
|---|---|
| November 22, 2011 | WILLIAM M. McCOOL |
| Date | Clerk |
|  | *s/CM Gonzalez* |
|  | Deputy Clerk |